**Dwight ULMER, Petitioner–Appellant,**

**v.**

**James LEBLANC, Respondent–Appellee.**

**No. 03–30489**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2003.

Before GARWOOD, JOLLY, and JONES, Circuit Judges.

PER CURIAM:*

Dwight Ulmer, Louisiana prisoner # 392050, was convicted of possession of marijuana with intent to distribute and was sentenced to 15 years of imprisonment. Ulmer seeks a certificate of appealability ("COA") to appeal the district court's order transferring his successive 28 U.S.C. § 2254 application to this court.

We must examine the basis of our jurisdiction sua sponte if necessary. *Hill v. City of Seven Points,* 230 F.3d 167, 169 (5th Cir.2000). An order transferring a successive 28 U.S.C. § 2254 application to the court of appeals is a non-appealable interlocutory order. *See Brinar v. Williamson,* 245 F.3d 515, 516–18 (5th Cir. 2001). This court is without jurisdiction to consider Ulmer's case. *See id.* Accordingly, the appeal is DISMISSED for lack of jurisdiction. Ulmer's motion for a COA is DENIED.

APPEAL DISMISSED; MOTION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.